IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2006 JUL 26 A 9:40

Roy Edward Pike 079888 )
Full name and prison number of )
plaintiff(s) )
 )
 )
v. )   CIVIL ACTION NO. 2:06cv668-MHT
 )   (To be supplied by the Clerk of the
Arnold Holt )   U.S. District Court)
Matthew Gagne )
_____ )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit
      Plaintiff(s) _____
      _____
      Defendant(s) _____
      _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____
      _____

   3. Docket No. _____

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT <u>Bullock Correctional Facility PO Box 5107, Union Springs, AL 36089</u>

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED <u>Bullock Correctional Facility - Chambers County Courthouse</u>

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                    ADDRESS

1. <u>Matthew Gagne Chambers Co. Court House, Lafayette, AL 36862</u>

2. <u>Arnold Holt P.O. Box 5107 Union Springs, AL 36089</u>

3. _____

4. _____

5. _____

6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED <u>June 2005</u>

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: <u>I am being held unlawfully by the Department of Corrections because of perjury by Matthew Gagne</u>

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

<u>I was on probation, and was given permission to move from Chambers Co. to Lee Co. to move in with my daughter Teresa Mussel White June of 2005. Matthew Gagne perjured himself in court saying he did not give said permission.</u>

GROUND TWO: Perjury of Matthew Gagne can be verified by Lawyer Steve Pearman and Teresa Mussel White

SUPPORTING FACTS: Was contacted by Steve Pearman who said he had talked to Mr. Gagne to have my probation moved. Teresa Musselwhite and myself went to Mr. Gagne's office where permission was given to move from Chambers Co. to Lee Co.

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would like to be released from prison; my probation reinstated.

*Roy E. Pike*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.
EXECUTED on 7-19-06
(date)

*Roy E. Pike*
Signature of plaintiff(s)

-3-