IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA

2006 JUL 26 A 9:40

**AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS**

Ray E Pike AIS 079888
Plaintiff(s)

2:06cv668 - MHT

v.

Arnold Holt   Matthew Gagne
Defendant(s)

I, Ray E Pike AIS 079888, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

I further swear that the responses which I have made to questions and instructions below are true.

1. Are you presently employed?    Yes ( )  No (✓)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer. _____

   B. If the answer is NO, state the date of last employment and the amount of salary or wages per month, and give the name and address of your employer. West Ga Nurse, LaGrange Ga  1985

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession, or form of self-employment?    Yes ( )  No (✓)
   B. Rent payments, interest, or dividends?    Yes ( )  No (✓)
   C. Pensions, annuities, or life insurance payments?    Yes ( )  No (✓)
   D. Gifts or inheritances?    Yes ( )  No (✓)
   E. Any other sources?    Yes ( )  No (✓)

   If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months. _____

O R

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7-18-06
                     (date)

/s/ Roy E. Pine #079888
Signature of Affiant

CERTIFICATE

I hereby certify that the plaintiff herein has the sum of $ 0 on account to his credit at the BULLOCK COUNTY CORR. FACILITY institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months [not to exceed six (6) months].

A. $_____ on the first day of _____
B. $_____ on the first day of _____
C. $_____ on the first day of _____
D. $_____ on the first day of _____
E. $_____ on the first day of _____
F. $_____ on the first day of _____

Date: 7/7/2006

Patsy _____
Authorized Officer of Institution
- BULLOCK COUNTY CORR. FACILITY-

3. Do you own cash, or do you have money in a checking or savings account? [Include any prison accounts].    Yes ( )    No (✓)

   If the answer is YES, state the total value of the items owned. _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [ordinary household furnishings and clothing]?    Yes ( )    No (✓)

   If the answer is YES, describe the property and state its approximate value. _____

5. List the persons who are dependent upon you for support, state your relationship to those and indicate how much you contribute toward their support.    no one

_Roy E. Pike_
Signature of Affiant

Dorm 3-8

STATE OF ALABAMA
COUNTY OF ____Bullock____ )

Before me, a Notary Public in and for said County, in said State, personally appeared __Roy E. Pike__, whose name is signed to the foregoing complaint, first duly sworn, deposes on oath and says:

That the information set forth in the foregoing affidavit is true and correct to the b of his knowledge and belief.

_Roy E. Pike_
Signature of Affiant

Sworn to and subscribed before me on this __19th__ day of __July, 2006__.

_Amy L. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

____Bullock____ County
My Commission Expires: _____

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


AIS #: 079888      NAME: PIKE, ROY EDWARD            AS OF: 07/07/2006

                   # OF        AVG DAILY         MONTHLY
         MONTH     DAYS        BALANCE           DEPOSITS
---------------------------------------------------------------------

         JUL       24          $0.00             $0.00
         AUG       31          $0.00             $0.00
         SEP       30          $0.00             $0.00
         OCT       31          $0.00             $0.00
         NOV       30          $0.00             $0.00
         DEC       31          $0.00             $0.00
         JAN       31          $0.00             $0.00
         FEB       28          $3.57             $20.00
         MAR       31          $3.01             $0.00
         APR       30          $3.42             $20.00
         MAY       31          $0.00             $0.00
         JUN       30          $0.00             $0.00
         JUL        7          $0.00             $0.00
```