In The District Court of The United States for The Middle District of Alabama Northern Division.

Roy Edward Pike #079888
Plaintiff

V

Arnold Holt, et al.
Defendents

Civil Action no 2:06-CV-668-MHT
(WO)

## Motion For Extention of Time

Comes now the defendent in the above style cause, asking this Court for a 30 day time extention.

Being that the recommendation of the Majistrate Judge, can and will be refuted, given time that the defendent can get the proper paperwork from Chambers County Ala..

This paper work will show that the defendent is being held unlawfully, Defendent has tried for several months to get this paper work, but is having a hard time getting Chambers County, Ala. to send the proper paperwork or any paperwork pertaining to this case.

This Court should grant the defendents motion for the extention of time.

I hereby certify that I have served a true copy of the for going to Delores R. Boyd, Magistrate judge for the United States, for the Middle District of Alabama Northern Division

Roy Edward Pilkie

#079388