IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY EDWARD PIKE, #079888, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARNOLD HOLT, et al., )<br>) | CASE NO. 2:06-CV-668-MHT |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the plaintiff on August 7, 2006 (Court Doc. No. 5), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the plaintiff is GRANTED an extension from August 9, 2006 to and including August 29, 2006 to file an objection to the Recommendation.

Done this  14th day of August, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE