In The District Court of The United States For The Middle District Of Alabama Northern Divison

Roy Edward Pike
Plaintiff

v

Arnold Holt, et. al,
Defendents

Civil Action # 2:06-CV-668 MHT

RECEIVED
2006 AUG 28 A 10: 04

## Motion To Dismiss

Comes now the defendent Roy Edward Pike in the above style cause, Pro, se defendent Roy Pike request this Court to take the above style case to be true & ask this Court to grant his Civil action Petition.

Defendent Roy Edward Pike has tried on numburess occastions to get the Chambers County Courts to send him the paper work that will Prove his Civil action case.

Chambers County Court will not send the defendent Roy Edward Pike any paper work pertaining to this case, being that the lower courts will not heed to the courts order to produce such paper work, it is this courts duty to grant said civil suit as true, and grant defendent Roy Edward Pike the release from his probation revocation, In Edwards V Balisok, 520. US. 641, 646 (1997), it held that the abuse of the Judges discreation is a violation of the defendents 14th amendment rights.

It clearly shows, that the defendent Roy Edward Pike is Being Held in the department of Corrections unlawfully, and he should be removed from Bullock Corrections Facility immeditily;

Defendent prays this Court will take immedent action and grant the defendents motion.

AIS 079888 Roy E. Pike

I Roy Edward Pike do swear this is a true Copy forgoing to the Said Court In the District Court of the United States for the Middle District of Alabama Northern Division.

Roy Edward Pike
A#5079598 Roy E Pike