IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY EDWARD PIKE, #079888, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-668-MHT |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |

**ORDER ON MOTION**

On August 28, 2006, the plaintiff filed a document styled "Motion to Dismiss" (Court Doc. No. 7) in which he requests that he be allowed to proceed on the claims presented to this court. The court therefore construes this document as an objection to the Recommendation entered on July 27, 2006. Accordingly, it is

ORDERED that:

1. This document be entered on the docket as an objection to the Recommendation.

2. The motion to dismiss be stricken from the docket as the plaintiff does not seek dismissal of this case.

Done this 29th day of August, 2006.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE